```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
M. W.-L.,

                     Plaintiff,           20cv1933 (JGK)

       - against -                        ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                     Defendant.
───────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties should submit a Rule 26(f) report by August 14, 2020.

**SO ORDERED.**

**Dated:**   New York, New York
            July 30, 2020          _____/s/ John G. Koeltl_____
                                           John G. Koeltl
                                    United States District Judge