```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
M.W.-L. obo K.W.-L.,

               Plaintiff,              20-cv-1933 (JGK)

      - against -                      ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION et al.,

               Defendants.
―――――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

This case is referred to Magistrate Judge Gorenstein for purposes of settlement. The case is otherwise stayed, and the parties should report to the Court within seven days of the conclusion of settlement discussions.

**SO ORDERED.**

**Dated:  New York, New York**
        **August 14, 2020**   \_\_\_\_\_/s/ John G. Koeltl_____
                                            **John G. Koeltl**
                                **United States District Judge**