UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
M. W-L., et al.,                                          :

        Plaintiffs,                          :        ORDER

  -v.-                                                     :
                                                                         20 Civ. 1933 (JGK) (GWG)
NEW YORK CITY DEPARTMENT OF
EDUCATION,                                                :

        Defendant.                          :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference in this matter currently scheduled for Friday, September 18, 2020, at 2:30 p.m. is adjourned to Thursday, September 24, 2020, at 10:00 a.m.

      Each attorney on this case is directed to confirm that all other parties are aware of the adjournment reflected in this Order.

      SO ORDERED.
Dated: September 15, 2020
       New York, New York

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge